## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

### Division of St. Croix

|  |  |  |
|---|---|---|
| PAULETTE FRAZIER-ALEXIS, | ) | |
| | ) | |
| Plaintiff; | ) | No. 1:16-cv-00081-AET-GWC |
| | ) | |
| v. | ) | |
| | ) | |
| SUPERIOR COURT OF THE VIRGIN | ) | |
| ISLANDS, *et al*., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## Motion for Expedited Ruling on Emergency Motion to Stay Order of January 15

Defendant Michael C. Dunston moves the Court for an accelerated ruling on his Emergency Motion to stay its Order of January 15, 2019, which requires the Defendants to file a "consolidated answer" to Plaintiff's Third Amended Complaint by January 29, 2019.

The deadline for filing a consolidated answer is fast approaching, yet timely compliance with the Order would impose an oppressive burden upon Defendants (entailing a collaborative effort among three lawyers to jointly respond to the far-flung and unfocused allegations of some 391 paragraphs). That burden stems from Plaintiff's blatant violation of Rule 8's requirement of a "short and plain" pleading—a problem (with a requested solution) addressed in this Defendant's Motion to Strike, filed herewith.

A proposed order follows.

RESPECTFULLY SUBMITTED this 23rd day of January, 2019.

*/s/ Edward L. Barry*
Edward L. Barry
2120 Company Street
Christiansted, VI 00820
Tel. (340) 719-0601
ed@AttorneyEdBarry.com
***Attorney for Defendant Dunston***

1

## Certificate of Service

I hereby certify that the foregoing was electronically filed utilizing the Court's CM/ECF system, which will automatically cause copies to be served on the following persons in the following capacities:

Paulette A Frazier-Alexis, Plaintiff (*pro se*)
RR #2 Box 10518
Kingshill, VI 00850
Tel. (340) 277-9339
pfalexis5@hotmail.com

Paul L Gimenez, Esq.
General Counsel of the Superior Court
5400 Veteran Drive
St Thomas, VI 00802
Tel. (340) 774-6680, ext. 6420
Email: paul.gimenez@vicourts.org
*Attorney for Defendants Superior Court;*
*Dwayne Callwood; Hon. Jessica Gallivan;*
*Lisa McGregor-Davis; Natasha Modeste-*
*Williams; Nissa Bailey; Henry V.*
*Potter; Co-counsel for Hon.*
*Michael C. Dunston*

Raymond T. James, Esq.
Assistant Attorney General
Virgin Islands Department of Justice
6040 Castle Coakley
Christiansted, VI 00820
Tel. (340) 773-0295
rjames@doj.vi.gov
*Attorney for Defendants Virgin Islands*
*Police Department; Ofcr. Lydia Figueroa*

*/s/ Edward L. Barry*