## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

### Division of St. Croix

| | | |
|---|---|---|
| PAULETTE FRAZIER-ALEXIS, | ) | |
| | ) | |
| Plaintiff; | ) | No. 1:16-cv-00081-AET-GWC |
| | ) | |
| v. | ) | |
| | ) | |
| SUPERIOR COURT OF THE VIRGIN | ) | |
| ISLANDS, *et al*., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### <u>Order</u>

Good cause appearing;

IT IS HEREBY ORDERED that the Motion for Expedited Ruling on Emergency Motion to Stay Order of January 15 filed by Defendant Michael C. Dunston is granted.  The Court will promptly consider and rule upon the motion for stay.

Date: _____          _____

Judge, District Court